IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RONNIE ANDERSON

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Upon review of Defendant Ronnie Anderson's Status Report, filed April 4, 2011, Defendant Anderson shall have to and including **Thursday, April 7, 2011,** to file either a notice of disposition or a request to set a hearing on his pending motions.

      Dated:  April 5, 2011