UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RONNIE ANDERSON,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict of the Court, the hearing on Defendant Anderson's pending motions shall take place on **Wednesday, May 25, 2011, at 8:30 a.m.**

      Based on the Status Report filed by the Government on Tuesday, May 11, 2011 [ECF No. 80], the only motion to be heard at this hearing will be Defendant Anderson's Motion for Severance and Separate Trial, filed November 17, 2010 [ECF No. 36]

      Dated:  May 17, 2011