IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RONNIE ANDERSON,

    Defendant.

## ORDER

This matter is currently set for a hearing at **8:30 a.m. on Wednesday, May 25, 2011,** on Defendant's Motion for Severance and Separate Trial, filed November 17, 2010 [ECF No. 36]. Due to the fact that the ultimate necessity of a hearing on the Motion is unknown at this point, it is hereby

ORDERED that the **May 25, 2011** hearing is **STRICKEN** and the parties shall file an additional Status Report on or before **Monday, June 1, 2011**, setting forth whether there is a need for a hearing on the severance issue.

Dated:  May 19, 2011

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge