UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RONNIE ANDERSON,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of Defendant Ronnie Anderson's Status Report dated October 3, 2011 [ECF No. 103].  Therein, Defendant Anderson states that he has not reached a disposition in this case, and requests that the matter be set for trial.  Therefore, it is

ORDERED that a final trial preparation conference is set for **Thursday, December 15, 2011, at 2:00 p.m. in courtroom A-1002**.  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, January 9, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: October 11, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge